UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELVIN J. COLLINS,

        Plaintiff,

    v.

JAMES DZURENDA, et al.,

        Defendants.

Case No.: 3:26-cv-00059-MMD-CLB

**ORDER**

On January 27, 2026, pro se Plaintiff Melvin J. Collins, an inmate in the custody of the Nevada Department of Corrections who is housed at Northern Nevada Correctional Center ("NNCC"), submitted an application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff has not, however, submitted a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1 and is personally signed. And Plaintiff should file the complaint on this Court's approved civil-rights form.

It is therefore ordered that Plaintiff has **until Monday, March 16, 2026** to submit a signed complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, with a new complaint and under a new case number, along either the filing fee or a fully completed application to proceed *in forma pauperis*.

The Clerk of the Court is directed to send Plaintiff Melvin J. Collins the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED THIS 13th day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE